CARMEN ALFARO, as Administratrix of the Estate of JOSE ALFARO, Deceased, Respondent, v. PAN AMERICAN WORLD AIRWAYS, INC., Appellant.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

BEN ANDREWS et al., Respondents, v. MERRYWOOD COUNTRY CLUB, INC., et al., Appellants.

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.